**Fred B. Snite Furniture Company, appellee, v. Abe Sternberg, appellant. Gen. No. 32,223.**

Opinion filed February 27, 1928. Rehearing denied March 12, 1928.

John Gutknecht, for appellant. Samuel G. Rautbord, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

**Matilda Eagleston, appellee, v. William Pottinger, appellant. Gen. No. 32,256.**

Opinion filed February 27, 1928.

Edward J. Kelley, for appellant. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

**Louis G. Merritt and Herbert M. Merritt, trading as Merritt Engineering & Sales Company, appellees, v. Joseph A. Rosenfeld, trading as Rosenfeld Machinery Company, appellant. Gen. No. 32,268.**

Opinion filed February 27, 1928. Rehearing denied March 12, 1928.

Benedict J. Short and Joseph Z. Willner, for appellant. Fisher, Boyden, Kales & Bell, for appellees; Thomas H. Fisher, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

**Thomas Moulding Brick Company, defendant in error, v. Jennie Taylor et al., plaintiffs in error. Gen. No. 32,104.**

Opinion filed February 27, 1928. Rehearing denied March 12, 1928.

Heber T. Dotson, for plaintiffs in error. Joseph Rosenberg, for defendant in error; Benjamin Rosenberg, of counsel.

Mr. Justice McSurely delivered the opinion of the court.